JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA HODGES,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01696-HDV-JEM<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff CECILIA HODGES ("Plaintiff") accepted Defendant Ford Motor Company's ("Defendant") Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 7, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $90,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated: October 11, 2023

HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE