# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

link 27

| | |
|---|---|
| CECILIA HODGES,<br><br>  Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>  Defendants. | Case No. 5:22-cv-01696-HDV-JEM<br><br>District Judge: Hernan D. Vera<br><br>[~~PROPOSED~~] ORDER |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff CECILIA HODGES ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $27,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $27,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by February 18, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: 12/21/23

_____
Hon. Hernan D. Vera
District Court Judge